```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                      FEB   8 2008

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY
                                                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNIE HARPER, | ) | NO. EDCV 07-00052 JFW (SS) |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| FADERIZO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge.   The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.   Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//

//

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2  the Judgment herein on Plaintiff.

3

4    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5

6  DATED: 2|6|08

7

8                                        JOHN F. WALTER
9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28