FILED
CLERK, U.S. DISTRICT COURT

FEB  8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNIE HARPER, | ) | NO. EDCV 07-00052 JFW (SS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| FADERIZO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/8/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE